UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID KUBAITIS, | ) | CASE NO. 1:23-CV-00352 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: PATRICIA A. GAUGHAN |
| vs. | ) | |
| | ) | |
| WALMART, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 15th of February, 2024.

Respectfully submitted,

/s/_____Daniel P. Petrov_____
DANIEL P. PETROV (0074151)
THORMAN PETROV GROUP CO., LPA
20046 Walker Road
Shaker Heights, Ohio 44122
dpetrov@tpgfirm.com
Tel. (216) 621-3500
Fax (216) 621-3422
**Attorneys for Plaintiff David Kubaitis**

/s/ Jo A. Tatarko_____
Kerin Lyn Kaminski (0013522)
Jo A. Tatarko (0082062)
Courtney L. Bow (0101972)
PEREZ & MORRIS, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
E-mail:    kkaminski@perez-morris.com
              jtatarko@perez-morris.com
              cbow@perez-morris.com
**Counsel for Defendants Walmart Inc.**